THE STATE OF SOUTH CAROLINA
In The Court of Appeals

 
 
 
 The State,       
 Respondent,
 
 
 

v.

 
 
 
Jimmie Alpheus Wilson,       
Appellant.
 
 
 

Appeal From Florence County
B. Hicks Harwell, Jr., Circuit Court 
 Judge

Unpublished Opinion No. 2004-UP-087
Submitted December 23, 2003  Filed February 12, 2004 

APPEAL DISMISSED

 
 
 
Assistant Appellate Defender Eleanor Duffy Cleary, of Columbia, 
 for Appellant.
Attorney General Henry Dargan McMaster, Chief Deputy Attorney 
 General John W. McIntosh, Assistant Deputy Attorney General Charles H. Richardson, 
 all of Columbia, and Solicitor Edgar Lewis Clements, III,  of Florence, for 
 Respondent.
 
 
 

PER CURIAM:  Jimmie A. Wilson appeals his 
 convictions for armed robbery.  Wilsons appellate counsel has petitioned to 
 be relieved as counsel, stating she has reviewed the record and has concluded 
 Wilsons appeal is without merit.  The issue briefed by counsel concerns whether 
 Wilsons guilty plea failed to comply with the mandates set forth in Boykin 
 v. Alabama. [1]   Wilson has not filed any documents 
 on his own behalf.
After a review of the record as required 
 by Anders v. California, 386 U.S. 738 (1967), and State v. Williams, 
 305 S.C. 116, 406 S.E.2d 357 (1991), we hold there are no directly appealable 
 issues that are arguable on their merits.  Accordingly, we dismiss Wilsons 
 appeal and grant counsels petition to be relieved. 
 [2] 
APPEAL DISMISSED.
GOOLSBY, HOWARD, and KITTREDGE, JJ., concur.

 
 [1]   395 U.S. 238 (1969).

 
 
 [2]   Because oral argument would not aid the court in resolving the issues 
 on appeal, we decide this case without oral argument pursuant to Rules 215 
 and 220(b)(2), SCACR.